UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARRIN BRASSWELL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>T. HOLZSCHU,<br><br>　　　　　　　　　Defendant. | Case No. 24-12171<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL
AND TO APPOINT COUNSEL
(ECF NOS. 25, 26)**

---

Plaintiff Darrin Brasswell, proceeding pro se and *in forma pauperis*, sues Defendant T. Holzschu under 42 U.S.C. § 1983.  ECF No. 1.  The Honorable Terrence G. Berg referred the case to this Court for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 16.

Brasswell moves for Holzschu to produce discovery material, including prior grievances and lawsuits against him.  ECF No. 25.  Local Rule 37.2 states that any discovery motion "shall include, in the motion itself or in an attached memorandum, a verbatim recitation of each interrogatory, request, answer, response, and objection which is the subject

of the motion or a copy of the actual discovery document which is the subject of the motion."

Although Brasswell challenges some of Holzschu's objections to discovery requests, he does not include the verbatim requests or responses in dispute. This error prevents the Court from evaluating whether the objections were proper. And failure to comply with the local rule warrants denial of the motion. *Moore v. Maly*, No. 4:18-cv-13845, 2021 WL 4522302, at *2 (E.D. Mich. Oct. 4, 2021). Thus, Brasswell's motion is **DENIED**.

Brasswell also moves again for appointment of counsel. ECF No. 26. Three months ago, the Court denied his earlier motion for appointment of counsel without prejudice, reasoning that Brasswell has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 24. This conclusion has not changed. Thus, Brasswell's second motion to appoint counsel is **DENIED WITHOUT PREJUDICE**.

Dated: December 16, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

2

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 16, 2025.

s/Davon Allen<br>
DAVON ALLEN<br>
Case Manager