UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN BRASSWELL,

Plaintiff,

v.

T. HOLZSCHU,

Defendant.

Case No. 24-cv-12171
Honorable Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

---

**ORDER GRANTING DEFENDANT'S MOTION TO
STRIKE PLAINTIFF'S SUR-REPLY
(ECF NO. 32)**

---

Plaintiff Darrin Brasswell, proceeding *pro se*, filed a sur-reply to Defendant T. Holzschu's motion for summary judgment.  ECF No. 31.  Holzschu moves to strike the sur-reply.  ECF No. 32.

The general rule is that a non-moving party has no right to respond to a reply brief, and thus the applicable local rule does not allow for a sur-reply.  *Scottsdale Ins. Co. v. Flowers*, 513 F.3d 546, 553 (6th Cir. 2008); E.D. Mich. LR 7.1.  Because the moving party is entitled to the last word on the matter, sur-replies are highly disfavored when the moving "party's reply did not raise any new legal arguments or introduce new evidence."  *Liberty Legal Found. v. Nat'l Democratic Party of the USA, Inc.*, 875 F. Supp. 2d

791, 797 (W.D. Tenn. 2012).  Thus, the party wishing to file a sur-reply must file a motion for leave that sets forth "good cause."  *NCMIC Ins. Co. v. Smith*, 375 F. Supp. 3d 831, 835 (S.D. Ohio 2019).  So it is this Court's routine practice to strike unauthorized sur-replies.

Brasswell has filed no motion for leave and has not shown good cause for filing a sur-reply.  As such, the Court **GRANTS** Holzschu's motion to strike (ECF No. 32) and **STRIKES** Brasswell's sur-reply (ECF No. 31).

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 23, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.